**COLLAZO CONTRACTORS, INC., Appellant,**

v.

**Donald C. WINTER, Secretary of the Navy, Appellee.**

**No. 2006–1444.**

United States Court of Appeals, Federal Circuit.

March 27, 2007.

Before MAYER, Circuit Judge, PLAGER and CLEVENGER, Senior Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.